

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00380-CR

ROBERT DALE KNOOP, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 31st District Court
Hemphill County, Texas
Trial Court No. 2506, Honorable Steven Ray Emmert, Presiding

October 21, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Robert Dale Knoop, Jr., pled guilty to and was convicted of the offense of driving while intoxicated. On January 24, 2002, appellant was sentenced to incarceration in the Texas Department of Criminal Justice, Institutional Division, for a period of fifteen years, and a $500 fine. Appellant timely filed a notice of appeal of this conviction and was appointed counsel. After appointed counsel filed a motion to withdraw supported by an *Anders* brief, *see Anders v. California*, 386 U.S. 738, 744-45, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), this Court independently examined the record

and, agreeing with counsel's assessment that there were no arguable grounds that might support the appeal, granted counsel's motion to withdraw and affirmed the trial court's judgment. *See Knoop v. State*, No. 07-02-00199-CR, 2002 Tex. App. LEXIS 8037, at *2 (Tex. App.—Amarillo Nov. 8, 2002, pet. ref'd). Following refusal of appellant's petition for discretionary review by the Texas Court of Criminal Appeals, mandate was issued on May 7, 2003. This Court's plenary power expired 60 days after judgment. TEX. R. APP. P. 19.1(a).

On October 13, 2014, appellant filed a notice of appeal referencing the above-identified trial court cause number. However, because this Court issued mandate in the appeal from that cause more than eleven years ago, this Court does not have jurisdiction over appellant's attempted appeal. Because this Court is without plenary power over this appeal, no further action may be taken by this Court in this proceeding and the appeal is hereby dismissed.

Per Curiam

Do not publish.